UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL HUNTER,

        Plaintiff,        Case No. 1:13-cv-101

v.

                              Honorable Paul L. Maloney

UNKNOWN PART(Y)(IES),

        Defendant.
                              /

## **ORDER**

        This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On February 19, 2013, the Court entered an order of deficiency (docket #2) because Plaintiff had failed to pay the $350.00 civil action filing fee or to file the any of the documents required by 28 U.S.C. § 1915(a)(2) to apply to proceed *in forma pauperis*. The Court allowed 28 days for Plaintiff to comply. Plaintiff was warned that if he failed to comply, the Court would presume that he was not proceeding *in forma pauperis*, assess the entire filing fee, and dismiss his case for want of prosecution.

        More than 28 days have elapsed. Plaintiff failed to pay the $350.00 civil action filing fee or to submit the requisite documents to apply to proceed *in forma pauperis*. Because Plaintiff has wholly failed to comply with the Court's order, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution. *See In re Alea*, 286 F.3d 378, 380-81 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997).

        IT IS SO ORDERED.

Dated:   April 16, 2013                    /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                         Chief United States District Judge